UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 8, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
)  Case No. 6:10-MJ00061-MJS
            Plaintiff, )
v. )  ORDER FOR RELEASE OF
)  PERSON IN CUSTODY
DANNY L. FITCH, )
)
            Defendant. )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release   DANNY L. FITCH  , Case No.   6:10-MJ00061-MJS  , Charge   18USC § 3606  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   ✔   Release on Personal Recognizance

   __  Bail Posted in the Sum of $__

         __ Unsecured Appearance Bond

         __ Appearance Bond with 10% Deposit

         __ Appearance Bond with Surety

         __ Corporate Surety Bail Bond

   ✔   (Other)        Conditions as previously ordered

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   November 8, 2012   at   2:14 pm  .

                                    By   /s/ Gregory G. Hollows
                                         Gregory G. Hollows
                                         United States Magistrate Judge

Copy 5 - Court