```
1  JOSEPH SCHLESINGER, CA Bar #87692
   Acting Federal Defender
2  ANDRAS FARKAS, CA Bar #254302
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  DANNY L. FITCH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO.  6:10-mj-0061 MJS |
|---|---|---|
| Plaintiff, | ) | STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE HEARING; |
| v. | ) | [PROPOSED] ORDER |
| DANNY L. FITCH, | ) | Date: February 12, 2013 |
|  | ) | Time: 10:00 A.M. |
| Defendant. | ) | Magistrate Judge: Michael J. Seng |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective attorneys, that the status conference hearing in the above-referenced matter which is now set for January 15, 2013, **may be continued to February 12, 2013, at 10:00 A.M.**

This continuance is requested by counsel for the defendant.  Mr. Fitch was recently released from house arrest and does not have the funds with which to travel to Yosemite at this time.  The requested continuance will allow defendant time to make financial arrangements to attend court at the time set for

///

///

///

///

///

1  hearing.  The requested continuance will conserve time and resources for both counsel and the court.  The
2  government does not object to this request.

3                                                              BENJAMIN B. WAGNER
                                                               United States Attorney
4

5  DATED:  January 10, 2013                        /s/ Matthew A. McNease
                                                               MATTHEW A. McNEASE
6                                                              Acting Legal Officer
                                                               National Park Service
7

8

9                                                              JOSEPH SCHLESINGER
                                                               Acting Federal Defender
10

11  DATED:  January 10, 2013                       /s/ Andras Farkas
                                                               ANDRAS FARKAS
12                                                             Assistant Federal Defender
                                                               Attorney for Defendant
13                                                             DANNY L. FITCH

14

15

16                                            ORDER

17      The Court, having reviewed the above request for a continuance of the status conference currently
18  set for January 15, 2013 until February 12, 2013, HEREBY ORDERS AS FOLLOWS:
19          The status conference in the above entitled matter shall be continued to February 12, 2013 at
20          10:00 a.m., at the Yosemite Court.

21

22

23  IT IS SO ORDERED.

24  Dated:    January 14, 2013                     /s/ Michael J. Seng
                                                               UNITED STATES MAGISTRATE JUDGE
25

26

27

28